IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| RASHEEN MAINOR | NO. 20-219-1 |

### O R D E R

**AND NOW**, this 4th day of April, 2025, upon consideration of Defendant Rasheen Mainor's *Pro Se* Motion for a Reduction in Sentence (ECF No. 64) and the Government's Response in Opposition (ECF No. 67), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**

1